# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Action Number |
| vs. | ) | |
| | ) | 10-00244-04-CR-W-DW |
| | ) | |
| MICHAEL STOKES | ) | |

## COURT'S EXHIBIT INDEX - 10/27/10 Detention Hearing

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 10/27/10 | 3:55 PM | Motion of the United States for Pretrial Detention |
| 2 | ✓ | 10/27/10 | 3:55 PM | Motion to Reconsider Pretrial Detention |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____        _____
Name                                     Signature